UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT RATHMAN,

    Petitioner,   Case No. 15-cv-12150
                                    Hon. Matthew F. Leitman
v.

JEFFREY WOODS,

    Respondent.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a petition for a writ of habeas corpus, the Honorable Matthew F. Leitman, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

                                                DAVID J. WEAVER
                                                CLERK OF COURT

                                      By:    s/Holly A. Monda
                                                      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 3, 2017
Detroit, Michigan